**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Deonte Shemar Blake
    Petitioner

      V.

CIVIL ACTION

NO.  1:26-cv-12152-ADB

Antone Moniz et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

      In accordance with the Court's Electronic Order dated May 21, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

      By the Court,

May 21, 2026
    Date

/s/Caetlin McManus
    Deputy Clerk